# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

WOODENS B. JOSEPH, A/K/A JOSEPH B. WOODENS,

        Petitioner

        v.

STEVEN R. GLUNT, SUPERINTENDENT,

        Respondent

: No. 274 WAL 2014
:
:
: Petition for Allowance of Appeal from the
: Order of the Superior Court
:
:
:
:
:
:
:
:

## ORDER

**PER CURIAM**

    **AND NOW**, this 6th day of October, 2014, the Petition for Allowance of Appeal is **DENIED**.